

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:      Timothy Spivy v. The State of Texas

Appellate case number:    01-13-00254-CR

Trial court case number:  1364113

Trial court:              351st District Court of Harris County

A supplemental record was filed with the Court on February 26, 2014 which includes the findings of fact and conclusions of law requested by appellant in his motion to abate. Appellant filed his brief on February 27, 2014. Accordingly, this case is now returned to our active docket, and appellee's brief is due April 1, 2014.

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
                    X  Acting individually     ☐ Acting for the Court

Date:  March 6, 2014